| 1. Person Reporting (last name, first, middle initial) ROBERTS, VICTORIA A. | 2. Court or Organization EASTERN DISTRICT OF MICHIGAN | 3. Date of Report 06/5/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
231 W. LAFAYETTE BLVD ROOM 123
DETROIT, MI. 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | UNIVERSITY OF MICHIGAN PAYROLL OFFICE - SALARY | $18,091.00 |
| 2. 2011 | SOBLE & ROWE - COLLECTION OF AMOUNT FOR PAST SERVICES | $45,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | JFC | 5/31/2011 TO 6/4/2011 | WASHINGTON, DC | EDUCATIONAL SEMINAR | FOOD, LODGING AND TRANSPORTATION |
| 3. | JFC | 9/6/2011 TO 9/9/2011 | CAMBRIDGE, MA | EDUCATIONAL SEMINAR | FOOD, LODGING AND TRANSPORTATION |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROBERTS, VICTORIA A.** | 06/5/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/5/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SIMONE ROAD, L.L.C, Wayne County MI | C | Rent | K | W | | | | | |
| 2. JUDY CIRCLE, L.L.C., Wayne County MI | A | Rent | K | W | | | | | |
| 3. FAIRVIEW DRIVE, L.L.C., Wayne County MI | D | Rent | K | W | | | | | |
| 4. DOVER ROAD, L.L.C, Wayne County MI | C | Rent | K | W | | | | | |
| 5. BURGER ROAD, L.L.C, Wayne County MI | C | Rent | K | W | | | | | |
| 6. DEARBORN HEIGHTS, L.L.C, Wayne County MI | B | Rent | K | W | | | | | |
| 7. PALMER ROAD, L.L.C, Wayne County MI | C | Rent | K | W | | | | | |
| 8. KNOLSON ROAD, L.L.C, Wayne County MI | B | Rent | K | W | | | | | |
| 9. JP MORGAN I.R.A. - INVESCO CONSTELLATION FUND | A | Dividend | | | Sold | 01/04/11 | J | A | |
| 10. I.R.A. - BANK OF AMERICA - CD'S | A | Interest | | | Matured | 04/30/11 | K | A | |
| 11. JP MORGAN CHASE - SAVINGS | A | Interest | K | T | | | | | |
| 12. DAIMLER AG - COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. ANN ARBOR TRAIL ASSOC., L.L.C., Wayne County MI | B | Rent | K | W | | | | | |
| 14. JP MORGAN CHASE - CHECKING | A | Interest | J | T | | | | | |
| 15. AMERICAN INTERNATIONAL GROUP, INC. - COMMON STOCK | A | Dividend | J | T | | | | | |
| 16. RENTAL HOUSE - DETROIT, MI. | A | Rent | M | W | | | | | |
| 17. MERRILL LYNCH - JANUS FUND | A | Dividend | | | Sold | 01/04/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/5/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MERRILL LYNCH - JANUS TWENTY FUND | A | Dividend | | | Sold | 01/04/11 | K | A | |
| 19. MERRILL LYNCH - JANUS VENTURE FUND | A | Dividend | | | Sold | 01/04/11 | K | A | |
| 20. MERRILL LYNCH: | | | | | | | | | |
| 21. -AMERICAN CENTURY DIVERSIDIED BOND FUND | A | Dividend | J | T | Buy | 01/05/11 | J | | |
| 22. -BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | J | T | Buy | 01/05/11 | J | | |
| 23. -DELAWARE DIVERSIFIED INCOME FUND | A | Dividend | J | T | Buy | 01/05/11 | J | | |
| 24. -FIRST EAGLE GLOBAL CLASS I | A | Dividend | J | T | Buy | 01/05/11 | J | | |
| 25. -FRANKLIN MUTUAL GLOBAL DISCOVERY FUND | A | Dividend | J | T | Buy | 01/05/11 | J | | |
| 26. -ING CORPORATE LEADERS TRUST FUND | A | Dividend | J | T | Buy | 01/05/11 | J | | |
| 27. -IVY ASSET STRATEGY FUND CLASS I | A | Dividend | J | T | Buy | 01/05/11 | J | | |
| 28. -JOHN HANCOCK LARGE CAP EQUITY FUND CLASS I | A | Dividend | J | T | Buy | 01/05/11 | J | | |
| 29. -LEGG MASON CLEARBRIDGE APPRECIATION FUND I | A | Dividend | J | T | Buy | 01/05/11 | J | | |
| 30. -OPPENHEIMER DEVELOPING MARKETS FUND CLASS Y | A | Dividend | J | T | Buy | 01/05/11 | J | | |
| 31. -PERMANENT PORTFOLIO FUND | A | Dividend | J | T | Buy | 01/05/11 | J | | |
| 32. -RS PARTNERS FUND CLASS Y | A | Dividend | J | T | Buy | 01/05/11 | J | | |
| 33. -TEMPLETON GLOBAL BOND FUND | A | Dividend | J | T | Buy | 01/05/11 | J | | |
| 34. -ML BANK DEPOSIT PROGRAM | A | Interest | K | T | Buy | 01/05/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/5/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MERRILL LYNCH - I.R.A.: | | | | | | | | | |
| 36. -AMERICAN CENTURY DIVERSIDIED BOND FUND | A | Dividend | L | T | Buy (add'l) | 12/01/11 | L | | |
| 37. -BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | K | T | Buy (add'l) | 12/21/11 | K | | |
| 38. -DELAWARE DIVERSIFIED INCOME FUND | A | Dividend | L | T | Buy (add'l) | 12/23/11 | L | | |
| 39. -FIRST EAGLE GLOBAL CLASS I | A | Dividend | K | T | Buy (add'l) | 12/15/11 | K | | |
| 40. -FRANKLIN MUTUAL GLOBAL DISCOVERY FUND | A | Dividend | K | T | Buy (add'l) | 12/21/11 | K | | |
| 41. -ING CORPORATE LEADERS TRUST FUND | A | Dividend | K | T | | | | | |
| 42. -IVY ASSET STRATEGY FUND CLASS I | A | Dividend | K | T | Buy (add'l) | 12/09/11 | K | | |
| 43. -JOHN HANCOCK LARGE CAP EQUITY FUND CLASS I | A | Dividend | K | T | Buy (add'l) | 12/19/11 | K | | |
| 44. -LEGG MASON CLEARBRIDGE APPRECIATION FUND I | A | Dividend | K | T | Buy (add'l) | 12/29/11 | K | | |
| 45. -OPPENHEIMER DEVELOPING MARKETS FUND CLASS Y | A | Dividend | K | T | Buy (add'l) | 12/13/11 | K | | |
| 46. -PERMANENT PORTFOLIO FUND | A | Dividend | K | T | Buy (add'l) | 12/08/11 | K | | |
| 47. -RS PARTNERS FUND CLASS Y | A | Dividend | K | T | Buy (add'l) | 12/19/11 | K | | |
| 48. -TEMPLETON GLOBAL BOND FUND | A | Dividend | K | T | Buy (add'l) | 12/20/11 | K | | |
| 49. -TRANSAMERICA SYSTEMATIC SMALL/MID CAP VALUE FUND | A | Dividend | J | T | Buy | 08/01/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/5/2012 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/5/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **VICTORIA A. ROBERTS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544